IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Music City Metals Co., Inc., | ) |
| | ) Case No. 3:14-cv-0834 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) Magistrate Judge Griffin |
| | ) |
| Lucas City BBQ Co., Ltd., et al., | ) |
| | ) |
| Defendants | ) |

## ENTRY OF DEFAULT

Pending are Plaintiff's Motions for Entry of Default against Defendants Lucas City BBQ Co., Ltd., BBQTek Enterprise, Inc., and Grill Town Enterprises, Inc. (Docket Entries 14, 15 & 16). Plaintiff has provided confirmation from the U.S. Postal Service showing that summonses were served in Canada and Defendants have not responded within the time period permitted by law. Accordingly, the Clerk hereby enters default against the defendants pursuant to Federal Rule of Civil Procedure 55(a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court