IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MUSIC CITY METALS CO., INC. | ) | |
| | ) | |
| v. | ) | No. 3-14-0834 |
| | ) | |
| LUCAS BBQ CO. LTD.; GRILL | ) | |
| TOWN ENTERPRISES, INC.; and | ) | |
| BBQTEK ENTERPRISE, INC. | ) | |

O R D E R

By order entered June 23, 2014 (Docket Entry No. 10), the initial case management conference was rescheduled to August 27, 2014, at which time no appearance was entered on behalf of the defendants.

On August 25, 2104, the plaintiff filed a motion for default judgment and permanent injunction (Docket Entry No. 19), against the defendants, default having been entered by the Clerk on July 28, 2014 (Docket Entry No. 17).

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the plaintiff's motion for default judgment and permanent injunction and accompanying memorandum (Docket Entry Nos. 19-20).

Inasmuch as the defendants have not filed a response to the complaint, the Clerk has entered default against the defendants, the defendants did not appear at the initial case management conference on August 27, 2014, and the defendants have not communicated with the Court in any form or fashion, unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge