IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MUSIC CITY METALS CO., INC. )
)
v. ) NO.3-14-0834
) JUDGE CAMPBELL
LUCAS BBQ CO., LTD., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 35), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Attorneys' Fees and Non-Taxable Expenses (Docket No. 32) is GRANTED, and the Plaintiff is awarded a total of $30,763.24 in attorneys' fees and non-taxable expenses.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE